## PERKINS *v.* KENNER.

APPEAL from the District Court of the First District, *Buchanan*, J. This appeal was dismissed on motion of *A. N. Ogden*, for the plaintiff, it appearing that the citation was served after the return day of the appeal. *B. Peyton* and *I. W. Smith*, for the appellant.

## McGREGOR et al. *v.* MYERS et al.

APPEAL from the District Court of the First District, *Buchanan*, J.
The judgment of the court was pronounced by

SLIDELL, J. The pleadings and evidence in this case are so conflicting, vague and unsatisfactory, that we think the court below correctly gave judgment of non-suit.

*C. A. Jones* and *G. B. Duncan*, for the appellants. *Roselius*, for the defendants.